1 | LAPLANTE, SPINELLI, DONALD & NOTT
*a professional corporation*
2 | 815 S Street, Second Floor
Sacramento, California 95811
3 | Telephone (916) 448-7888 - Fax (916) 448-6888

4 | *John M. Laplante, Esq., SBN: 88941*
**ATTORNEYS FOR DEFENDANTS**
5 | VICTORIA M. MORTON ENTERPRISES, INC;
VICTORIA M. MORTON, individually;
6 | SUDDENLY SLENDER; SUDDENLY SLENDER
INTERNATIONAL; PERSONAL BEAUTY
7 | UNLIMITED, INC.; RESEARCH FOUNDATION
FOR BIOCHEMISTRY AND NUTRITION CORP;
8 | PYRAMID CONSULTING AND INVESTMENT
CO., INC.; HOT TICKET ENTERPRISES, INC.
9 |
**Law Offices of Jeffrey D. Fulton**
10 | Jeffrey D. Fulton (SBN 206466)
331 J Street, Suite 200
11 | Sacramento, CA 95814
Tel: (916) 441-5566
12 | Fax: (916) 441-5575
- and -
13 | **Poswall, White & Cutler**
R. Parker White (SBN 95579)
14 | William L. Brelsford, Jr. (SBN 202839)
1001 G Street, Suite 301
15 | Sacramento, CA 95814
Tel: (916) 449-1300
16 | Fax: (916) 449-1320

17 | Attorneys for Plaintiffs

18 | **IN THE UNITED STATES DISTRICT COURT**

19 | **EASTERN DISTRICT OF CALIFORNIA**

20 |
MARILYN DILLARD; STEPHEN               CASE NO.  2:08-CV-1339-FCD-GGH
21 | DILLARD individually; ELAINE
GARCIA as guardian ad litem for
22 | CIERA DILLARD and                      **STIPULATION AND ORDER FOR**
ARIEL DILLARD,                         **DISMISSAL OF CERTAIN**
23 |                                        **DEFENDANTS, AND AMENDING**
             Plaintiffs,                   **COMPLAINT**
24 |
    v.
25 |
VICTORIA M. MORTON
26 | ENTERPRISES, INC; et al.,

27 |             Defendants.

28 |

1

STIPULATION AND DISMISSAL OF CERTAIN DEFENDANTS, AND AMENDING COMPLAINT

It is hereby stipulated by and between the parties, as represented by their counsel that:

1. Defendants Personal Beauty Unlimited Inc., Research Foundation for Biochemistry and Nutrition Corp, and Hot Ticket Enterprises, Inc. are dismissed without prejudice.  Evidence has been supplied to plaintiffs' counsel that the three corporate entities either have no role in the claims brought by plaintiffs or are inactive.

2. If the evidence supports bringing any of the dismissed defendants identified above back into the action, this may be done, without regard to the statute of limitations, but not later than the date on which discovery is closed according to the Court's scheduling order. Once that date has passed, the dismissed defendants will be deemed to be dismissed with prejudice.

3. The complaint will be amended to delete the term "Scientologist" wherever it is found.

DATED:  August 6, 2008

          Law Offices of Jeffrey D. Fulton

By: /s/ Jeffrey D. Fulton
Jeffrey D. Fulton
Attorneys for Plaintiffs MARILYN DILLARD; STEPHEN DILLARD individually; ELAINE GARCIA as guardian ad litem for CIERA DILLARD and ARIEL DILLARD

DATED:  August 7, 2008

LAPLANTE, SPINELLI, DONALD & NOTT

By: /s/ John M. Laplante
JOHN M. LAPLANTE
Attorney for Defendants VICTORIA M. MORTON ENTERPRISES, INC; VICTORIA M. MORTON, individually; SUDDENLY SLENDER; SUDDENLY SLENDER INTERNATIONAL; PERSONAL BEAUTY UNLIMITED, INC.; RESEARCH FOUNDATION FOR BIOCHEMISTRY AND NUTRITION CORP; PYRAMID CONSULTING AND INVESTMENT CO., INC.; HOT TICKET ENTERPRISES, INC.

IT IS SO ORDERED.

DATED: August 11, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE