IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARILYN DILLARD, et al.,

        Plaintiffs,                  No. CIV S-08-1339 FCD GGH PS

    vs.                             ORDER

VICTORIA M. MORTON
ENTERPRISES, et al.,

        Defendants.

_____/

        Pursuant to order filed February 26, 2009, this matter was referred to the undersigned for all pre-trial purposes. All dates referred to in the scheduling order filed October 31, 2008 (docket #21) shall remain in effect.

Dated: March 20, 2009

                              /s/ Gregory G. Hollows
                              _____
                              U.S. MAGISTRATE JUDGE

GGH:035
dillard.ord

1