IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN DILLARD, et al., | |
| Plaintiffs, | No. CIV S-08-1339 FCD GGH PS |
| vs. | |
| VICTORIA M. MORTON ENTERPRISES, et al., | |
| Defendants. | ORDER TO SHOW CAUSE |
| _____/ | |
| RUTH GALTIERI-CARLSON, et al., | |
| Plaintiffs, | No. CIV S-08-1777 FCD GGH PS |
| vs. | |
| VICTORIA M. MORTON ENTERPRISES, et al., | |
| Defendants. | |
| _____/ | |

Plaintiffs have filed a request for entry of default which refers to a voice mail

1

message from defendant Victoria Morton, in which she refers to her bankruptcy proceedings, both personal and corporate.

Accordingly, IT IS ORDERED that: by September 2, 2009, plaintiffs shall show cause in writing why these actions should not be stayed pending conclusion of bankruptcy proceedings.

DATED: August 19, 2009              /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    U. S. MAGISTRATE JUDGE

GGH:076:Dillard1339.osc.wpd