IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARILYN DILLARD, et al.,

       Plaintiffs,                  No. CIV S-08-1339 FCD GGH PS

    vs.

VICTORIA M. MORTON ENTERPRISES, et al.,

       Defendants.               <u>ORDER</u>

_____/

RUTH GALTIERI-CARLSON, et al.,

       Plaintiffs,                  No. CIV S-08-1777 FCD GGH PS

    vs.

VICTORIA M. MORTON ENTERPRISES, et al.,

       Defendants.

_____/

       Before the court is plaintiffs' request for entry of default against defendants Victoria M. Morton Enterprises, Inc., Suddenly Slender, and Suddenly Slender International, filed August 14, 2009. Also before the court is a stipulated proposed order for extending case

management dates, filed August 14, 2009.  On August 20, 2009, this court issued an order to show cause why these actions should not be stayed pending conclusion of bankruptcy proceedings.  Plaintiffs' counsel has filed a response.

Turning first to the order to show cause, the affidavit of plaintiffs' counsel, William Brelsford, states that Ms. Morton confirmed to him that she had not yet filed bankruptcy, as did her bankruptcy counsel, who indicated to Mr. Brelsford that he would notify him if plaintiff did file bankruptcy.  Based on this response, the order to show cause is discharged.  Nevertheless, Victoria Morton will be directed to file a statement in twenty days of this order, indicating whether she has filed bankruptcy proceedings.

The court declines to rule on the parties' stipulated request[1] to extend case management dates in light of the pending entries of default and the potential bankruptcy of the individual defendant Victoria Morton.  When Ms. Morton responds to the aforementioned directive in twenty days, the court will then consider the parties' stipulated request.

Accordingly, IT IS ORDERED that:

1. Within twenty days of this order, Victoria Morton shall file a statement indicating whether she has filed bankruptcy proceedings.

2. All corporate defendants, including Pyramid Consulting and Investment Company, shall retain counsel within ten days of this order and file substitutions of counsel. Failure to do so will result in entry of default of the non-complying corporate defendants.

DATED: September 8, 2009                       /s/ Gregory G. Hollows

                                                                    GREGORY G. HOLLOWS
                                                                    U. S. MAGISTRATE JUDGE

GGH:076:Dillard1339.ord.wpd

---

[1] The stipulated request is signed by Victoria Morton, "individually and in her capacity as corporate representative for unrepresented defendants Victoria M. Morton Enterprises, Inc., Suddenly Slender and Suddenly Slender International;" however, she has no authority to represent corporate defendants which must be represented by counsel.