IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARILYN DILLARD, et al.,

        Plaintiffs,                No. CIV S-08-1339 FCD GGH PS

    vs.

VICTORIA M. MORTON
ENTERPRISES, et al.,

        Defendants.

AMENDED STATUS
(PRETRIAL SCHEDULING)
ORDER

_____/

RUTH GALTIERI-CARLSON, et al.,

        Plaintiffs,                No. CIV S-08-1777 FCD GGH PS

    vs.

VICTORIA M. MORTON
ENTERPRISES, et al.,

        Defendants.

_____/

        This case was referred to the undersigned for case management on February 26, 2009, pursuant to E.D. Cal. L.R. 72-302(c)(21), following the withdrawal of defendants' counsel.

1

1   On August 14, 2009, the parties filed a stipulated request to modify the scheduling order, filed
2   October 31, 2008.  On September 8, 2009, the undersigned declined to rule on the request
3   pending plaintiffs' request for entry of default against certain defendants and the potential
4   bankruptcy of defendant Victoria Morton.  The order required Ms. Morton to file a statement
5   indicating whether she had filed bankruptcy proceedings, and the corporate defendants to retain
6   counsel.  There being no response to the order, default of the corporate defendants will be entered
7   by separate order.  The case will proceed against defendant Victoria Morton with the following
8   scheduling changes.

9         Accordingly, IT IS HEREBY ORDERED that:

10     1. Non-expert discovery cutoff is January 28, 2010.

11     2. Designation of experts shall take place by February 12, 2010.

12     3. Supplemental expert disclosure shall be made by March 5, 2010.

13     4. Expert discovery cutoff is April 8, 2010.

14     5. All dispositive motions shall be heard on or before June 17, 2010.

15     6. The joint pre-trial statement shall be filed by August 20, 2010.

16     7. Final pretrial conference is scheduled for August 27, 2010 at 2:00 p.m. before the
17   Honorable Frank C. Damrell, Jr., in Courtroom No. 2.

18     8. Jury trial shall commence before the Honorable Frank C. Damrell, Jr. on November 2,
19   2010, at 9:00 a.m. in Courtroom No. 2.

20   DATED: November 24, 2009                    /s/ Gregory G. Hollows

21                                               GREGORY G. HOLLOWS
                                                 U.S. MAGISTRATE JUDGE
22
    GGH:076/Dillard1339.sch.wpd
23

24

25

26