IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN DILLARD, et al., | |
| Plaintiffs, | No. 2:08-cv-01339 FCD KJN PS |
| v. | ORDER |
| VICTORIA M. MORTON ENTERPRISES, INC., et al., | |
| Defendants. | |
| RUTH GALTIERI-CARLSON, et al., | |
| Plaintiffs, | No. 2:08-cv-01777 FCD KJN PS |
| v. | |
| VICTORIA M. MORTON ENTERPRISES, INC., et al., | |
| Defendants. | |

On March 19, 2010, the magistrate judge filed findings and recommendations in Dillard v. Victoria M. Morton Enters., et al., No. 2:08-cv-01339 FCD KJN PS, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (Dkt. No. 47.) No objections were filed.

1

1  Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed March 19, 2010, are ADOPTED;

2. The motion for voluntary dismissal is granted and defendant Victoria Morton, an individual, is dismissed without prejudice from  Dillard v. Victoria M. Morton Enters., et al., No. 2:08-cv-01339 FCD KJN PS.

DATED:   June 28, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE